**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: RUFF, STEVEN R | § Case No. 09-28639 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/21/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  09/14/2010          By:  JOSEPH R. VOILAND
                                                                                  Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RUFF, STEVEN R | § | Case No. 09-28639 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $    9,124.31

*and approved disbursements of*   $    1,500.00

*leaving a balance on hand of* [1]   $    7,624.31

Claims of secured creditors will be paid as follows:

*Claimant*                                                                                       *Proposed Payment*
                                N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 1,512.34 | $ 157.66 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                      *Fees*                       *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $725.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Michael Wilson & Diego Menchaca | $ 725.00 | $ 725.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,578.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Jackie Serrano | $ 4,500.00 | $ 579.81 |
| 3 | DISCOVER BANK | $ 11,399.87 | $ 1,468.84 |
| 4 | City Of Aurora | $ 72.63 | $ 9.36 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 24,605.92 | $ 3,170.40 |

**UST Form 101-7-NFR (9/1/2009)**

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
                         N/A

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
                         N/A

   The amount of surplus returned to the debtor after payment of all claims and interest is
$ 0.00.

                                    Prepared By:  /s/JOSEPH R. VOILAND
                                                  Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon              Page 1 of 1              Date Rcvd: Sep 15, 2010
Case: 09-28639                Form ID: pdf006            Total Noticed: 29

The following entities were noticed by first class mail on Sep 17, 2010.
db           +Steven Ray Ruff,    1820 Windette,    Montgomery, IL 60538-3300
aty          +Vincent S Cook,    Law Office of Vincent S. Cook,    403 W Galena Blvd,   Suite 206,
               Aurora, IL 60506-3988
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,   Yorkville, IL 60560-9263
14274882      A T& T,    Aurora, IL  60506
14274886     +Bank Of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
14274887     +Bank Of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
14274884     +Bank Of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
14274883      Bank Of America,    P.O. Box 5170,    Simi Valley, CA  93062-5170
14274885     +Bank Of America,    450 American St.  #SV416,    Simi Valley, CA 93065-6285
14274888     +City Of Aurora,    Attn: Water Billing Division,    44 East Downer Place,   Aurora, IL 60505-3302
14274890      Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX  75265-0070
14274893      Family Counseling Service,    70 S. River Street,    Aurora, IL  60506-5178
14274894     +FoxMetro,    682 State Route 31,    Oswego, IL 60543-8919
14274895     +Jackie Serrano,    640 Gates Street,    Aurora, IL 60505-5314
14274896     +Kane County Treasurer,    P.O. Box 4025,    Geneva, IL 60134-4025
14274881      Law Offices Of Vincent  Cook,    403 West Galena Blvd,    Aurora, IL  60506-3947
14274897     +Michael Wilson & Diego Menchaca,    814 Watson St.,    Aurora, IL 60505-5254
14274880     +Ruff Steven Ray,    1820 Windette,    Montgomery, IL 60538-3300
14274898     +Ruth Ramos,    C/O Valerie Brown Esq.,    P.O. Box 8451,    Aurora, IL 60507-8530
14274899     +Self And Russelburg,    408 N. Lake St.,    Aurora, IL 60506-4106
14274900      Sprint,    P.O. Box 4191,    Carol Stream, IL  60197-4191
14274901      Village Of Montgomery,    Utility Bill,    Montgomery, IL  60538
14274902     +Virtual Bank,    P.O. Box 77404,    Ewing, NJ 08628-6404
14274903     +Virtual Bank,    425 Phillips Blvd.,    Ewing, NJ 08618-1430

The following entities were noticed by electronic transmission on Sep 16, 2010.
14274889      E-mail/Text: legalcollections@comed.com                              ComEd,   Bill Payment Center,
               P.O. Box 6111,    Carol Stream, IL  60197-6111
14778945      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2010 03:08:13      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14274891      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2010 03:08:13      Discover,   P.O. Box 6103,
               Carol Stream, IL  60197-6103
14274892     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2010 03:08:13      Discover Fin Svcs LLC,
               P.O. Box 15316,    Wilmington, DE 19850-5316
14927811      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2010 02:56:04
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**              **Signature:**    *Joseph Speetjens*