**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RUFF, STEVEN R | § | Case No. 09-28639 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $814,903.45
*(without deducting any secured claims)*

Assets Exempt: $525,053.45

Total Distribution to Claimants: $5,954.41

Claims Discharged Without Payment: $35,349.01

Total Expenses of Administration: $1,670.00

3) Total gross receipts of $ 9,124.41 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,500.00 (see **Exhibit 2** ), yielded net receipts of $7,624.41 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,670.00 | 1,670.00 | 1,670.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,450.00 | 725.00 | 725.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 40,578.42 | 40,578.42 | 5,229.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $43,698.42 | $42,973.42 | $7,624.41 |

4) This case was originally filed under Chapter 7 on August 05, 2009. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2010 By: /s/JOSEPH R. VOILAND
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TCF Bank Totally Free Checking Acc't # 287660991 | 1129-000 | 3,064.55 |
| TCF Premier Savings Account # 6863792513 associa | 1129-000 | 6,056.02 |
| Interest Income | 1270-000 | 3.84 |
| **TOTAL GROSS RECEIPTS** | | $9,124.41 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Steven R. Ruff | payment of balance of wildcard exemption | 8100-002 | 1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,500.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,512.34 | 1,512.34 | 1,512.34 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 157.66 | 157.66 | 157.66 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,670.00 | 1,670.00 | 1,670.00 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Michael Wilson & Diego Menchaca | 5600-000 | N/A | 725.00 | 725.00 | 725.00 |
| 5 | Michael Wilson & Diego Menchaca | 5600-000 | N/A | 725.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,450.00 | 725.00 | 725.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jackie Serrano | 7100-000 | N/A | 4,500.00 | 4,500.00 | 579.92 |
| 3 | DISCOVER BANK | 7100-000 | N/A | 11,399.87 | 11,399.87 | 1,469.12 |
| 4 | City Of Aurora | 7100-000 | N/A | 72.63 | 72.63 | 9.36 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 24,605.92 | 24,605.92 | 3,171.01 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 40,578.42 | 40,578.42 | 5,229.41 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-28639
**Case Name:** RUFF, STEVEN R

**Period Ending:** 12/12/10

**Trustee:** (330380) JOSEPH R. VOILAND
**Filed (f) or Converted (c):** 08/05/09 (f)
**§341(a) Meeting Date:** 09/21/09
**Claims Bar Date:** 02/16/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 18 S. State Street, Aurora, 2 story Frame house. | 131,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1820 Windette Drive, Montgomery, Onlresidence | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | TCF Bank Savings | 462.39 | 462.39 | | 0.00 | FA |
| 4 | TCF Bank Totally Free Checking Acc't # 287660991 | 3,064.55 | 3,064.55 | | 3,064.55 | FA |
| 5 | TCF Premier Savings Account # 6863792513 associa | 6,156.43 | 2,156.43 | | 6,056.02 | FA |
| 6 | Older used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ing USA Annuity and Life Insurance Company insur | 3,277.38 | 0.00 | DA | 0.00 | FA |
| 8 | Amsted Industries 401(k) | 3,308.84 | 0.00 | DA | 0.00 | FA |
| 9 | Amsted Industries Retirement Savings Statement G | 30,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Amsted Industries; Burgess Norton Mfg. Co. Emplo | 466,267.23 | 0.00 | DA | 0.00 | FA |
| 11 | 1997 Toyota Camry. High mileage;poor condition | 250.00 | 250.00 | DA | 0.00 | FA |
| 12 | 2000 Mercedes 430 | 3,400.00 | 1,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.84 | Unknown |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$827,986.82** | **$6,933.37** | | **$9,124.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** April 1, 2010 **Current Projected Date Of Final Report (TFR):** April 1, 2010

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-28639
**Case Name:** RUFF, STEVEN R

**Taxpayer ID #:** **-***4096
**Period Ending:** 12/12/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****66-65 - Money Market Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | | TCF Bank | turnover proceeds | | 9,120.57 | | 9,120.57 |
| | {4} | | 3,064.55 | 1129-000 | | | 9,120.57 |
| | {5} | | 6,056.02 | 1129-000 | | | 9,120.57 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 9,120.88 |
| 12/18/09 | 1001 | Steven R. Ruff | payment of balance of wildcard exemption | 8100-002 | | 1,500.00 | 7,620.88 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 7,621.24 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,621.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,621.83 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 7,622.17 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 7,622.36 |
| 04/20/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -7,622.36 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,500.00** | **1,500.00** | **$0.00** |
| Less: Bank Transfers | -7,622.36 | 0.00 | |
| **Subtotal** | **9,122.36** | **1,500.00** | |
| Less: Payments to Debtors | | 1,500.00 | |
| **NET Receipts / Disbursements** | **$9,122.36** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-28639
**Case Name:** RUFF, STEVEN R

**Taxpayer ID #:** **-***4096
**Period Ending:** 12/12/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******66-65 - Money Market Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 7,622.36 | | 7,622.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 7,622.52 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,622.97 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,623.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,623.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,624.31 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,624.37 |
| 10/22/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 7,624.41 |
| 10/22/10 | | To Account #9200******6666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,624.41 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **7,624.41** | **7,624.41** | **$0.00** |
| Less: Bank Transfers | 7,622.36 | 7,624.41 | |
| **Subtotal** | **2.05** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2.05** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-28639
**Case Name:** RUFF, STEVEN R

**Taxpayer ID #:** **-***4096
**Period Ending:** 12/12/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******66-66 - Checking Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/10 | | From Account #9200******6665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,624.41 | | 7,624.41 |
| 10/22/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $157.66, Trustee Expenses; Reference: | 2200-000 | | 157.66 | 7,466.75 |
| 10/22/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,512.34, Trustee Compensation; Reference: | 2100-000 | | 1,512.34 | 5,954.41 |
| 10/22/10 | 103 | Michael Wilson & Diego Menchaca | Dividend paid 100.00% on $725.00; Claim# 1; Final distribution | 5600-000 | | 725.00 | 5,229.41 |
| 10/22/10 | 104 | Jackie Serrano | Dividend paid 12.88% on $4,500.00; Claim# 2; Final distribution | 7100-000 | | 579.92 | 4,649.49 |
| 10/22/10 | 105 | DISCOVER BANK | Dividend paid 12.88% on $11,399.87; Claim# 3; Final distribution | 7100-000 | | 1,469.12 | 3,180.37 |
| 10/22/10 | 106 | City Of Aurora | Dividend paid 12.88% on $72.63; Claim# 4; Final distribution | 7100-000 | | 9.36 | 3,171.01 |
| 10/22/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 12.88% on $24,605.92; Claim# 6; Final distribution | 7100-000 | | 3,171.01 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **7,624.41** | **7,624.41** | **$0.00** |
| Less: Bank Transfers | 7,624.41 | 0.00 | |
| **Subtotal** | **0.00** | **7,624.41** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,624.41** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # ***-*****66-65** | **9,122.36** | **0.00** | **0.00** |
| **MMA # 9200-******66-65** | **2.05** | **0.00** | **0.00** |
| **Checking # 9200-******66-66** | **0.00** | **7,624.41** | **0.00** |
| | **$9,124.41** | **$7,624.41** | **$0.00** |